TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: kevin.rapp@usdoj.gov
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00465-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' SENTENCING MEMORANDUM RE: BACKPAGE ENTITIES** |
| 1   Backpage.com, LLC,<br>2   Website Technologies, LLC,<br>3   Posting Solutions LLC,<br>4   Amstel River Holdings, LLC,<br>5   Ad Tech BV,<br>6   UGC Tech Group C.V., | **Sentencing Hearing:**<br>**September 9, 2025, 1:30 a.m.** |
| Defendants. | |

## **RECOMMENDATION**

The United States and the PSR recommendations are in accord. Carl Ferrer, in his capacity as Backpage CEO and owner, successfully shuttered the entities and agreed to the forfeiture of the domain names. Each entity is defunct and non-operational. Indeed, the charters of the entities (Backpage.com, LLC, Website Technologies, LLC, Posting Solutions, LLC, and Amstel River Holdings, LLC) have been revoked by the Court of Chancery of the State of Delaware. The entities have ceased operation. Ad Tech BV and UGC Tech Group CV, were incorporated in the Netherlands but are nevertheless non-operational. The data servers and other assets have been seized. In addition, the various

bank accounts that held the entities' funds were seized and forfeited and now comprise the $215 million remission fund.

Accordingly, the United States urges this Court to follow the recommendation of the PSRs that a "terminal disposition with an entry of a judgement of guilt" is appropriate, along with the imposition of the statutorily mandated $400 special assessment (as to each of the six corporate defendants) totaling $2400.

Respectfully submitted this 26th day of August, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


 s/Kevin M. Rapp
KEVIN M. RAPP
Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

David Botsford
*Counsel for Defendant*


 s/Daniel Parke
U.S. Attorney's Office